UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:19-CR-356-D-3

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | ORDER TO SEAL |
| | ) | |
| KENNETH BERNARD DIXON, | ) | |
| Defendant. | ) | |

Upon motion of the Defendant, it is hereby ORDERED that Docket Entry Number 243

and its accompanying Order in the above-captioned case be sealed by the Clerk.

It is FURTHER ORDERED that the Clerk provide copies of the filed sealed documents

to the United States Attorney and Defendant's attorney.

IT IS SO ORDERED.

This the __ ( 5 __ day of September, 2020.

_____
JAMES C. DEVER III
UNITED STATES DISTRICT JUDGE